ABRAM SIDMAN, an Infant, by JACOB SIDMAN, as Guardian ad Litem, Appellant, v. RICHARD STEPHENS and Others, Doing Business under the Firm Name and Style of J. STEPHENS & SONS, Respondents.— Judgment affirmed, with costs. All concur, except John M. Kellogg, P. J., dissenting.

MARY J. WOOD, as Administratrix, etc., of WALSTEIN H. WOOD, Deceased, Appellant, v. SARAH K. CLAPP, Respondent.— Judgment unanimously affirmed, with costs.

MARIA ZURLO, Respondent, v. FRANK HUNGERFORD, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Kiley, J., dissenting on the ground that notice of the hearing at the inquest should have been given as provided by section 1219 of the Code of Civil Procedure.

---

## FOURTH DEPARTMENT, JULY, 1921.

WILLIAM E. CARROLL, Respondent, v. CITY OF DUNKIRK and Another, Appellants.— Judgment affirmed, with costs. All concur, except Lambert, J., who dissents and votes for reversal; Kruse, P. J., not sitting.

ALEXANDER THOMPSON, Executor, etc., Respondent, v. TRAVELERS' INSURANCE COMPANY, ETC., Appellant.— Judgment and orders affirmed, with costs. All concur.

EMPIRE GYPSUM COMPANY, Appellant, v. W. A. STONE and Another, a Copartnership, etc., Respondents.— Judgment and order affirmed, with costs. All concur.

BLANCHARD LUMBER AND MILL COMPANY, INC., Respondent, v. LAWRENCE J. BALTES, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs. · Held, that the plaintiff failed to show that the defendant or his agent signed any note or memorandum in writing of the alleged contract, or to comply with any provision of the Statute of Frauds (Pers. Prop. Law, § 85)* to make an enforcible contract for the sale of goods of the value of fifty dollars or upwards. All concur.

CLARENCE M. WOOLLEY and Others, as Executors of and Trustees under the Last Will and Testament of JOHN B. PIERCE, Deceased, Appellants, v. CARRIE ELEANOR HUTCHINS and Others, Respondents.— Judgment, so far as appealed from, affirmed, with costs. All concur.

In the Matter of Proving the Last Will and Testament of HELEN ALVORD, Deceased. EARL B. ALVORD, Appellant; THOMAS F. ANDERSON, Respondent.— Decree and order affirmed, with costs. All concur.

---

* Added by Laws of 1911, chap. 571.— [REP.